**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 14-10455 |
| Plaintiff - Appellee, | 14-10456 |
| v. | D.C. Nos. 4:14-cr-00775-RCC |
| | 4:14-cr-50065-RCC |
| MIGUEL ANGEL GUTIERREZ-VICENTE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, Chief Judge, Presiding

Submitted October 14, 2015[**]

Before:     SILVERMAN, BYBEE, and WATFORD, Circuit Judges.

In these consolidated appeals, Miguel Angel Gutierrez-Vicente appeals his

guilty-plea conviction and 57-month sentence for reentry after deportation, in

violation of 8 U.S.C. § 1326, and the revocation of supervised release and 6-month

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

consecutive sentence imposed thereupon. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Gutierrez-Vicente's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Gutierrez-Vicente the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**